UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/3/2021

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC, <br><br> Plaintiff, <br><br> -against- <br><br> PEARLBUY LIMITED *d/b/a* www.allyolike.com, *d/b/a* www.brigoit.com, *d/b/a* www.forttry.com, *d/b/a* www.glitteruse.com, *d/b/a* www.homelikee.com, *d/b/a* www.joyomeday.com, *d/b/a* www.joytofun.com, *d/b/a* www.likelyou.com, *d/b/a* www.luckyfou.com, *d/b/a* www.onniy.com, *d/b/a* www.pearlgobuy.com, *d/b/a* www.pierrebuy.com, *d/b/a* www.preclio.com, *d/b/a* www.realyouu.com, *d/b/a* www.shoproweb.com, *d/b/a* www.startryy.com, *d/b/a* www.superbeaut.com; PEARLGO TECHOLOGY CO., LIMITED *d/b/a* www.allyolike.com, *d/b/a* www.brigoit.com, *d/b/a* www.forttry.com, *d/b/a* www.furlola.com, *d/b/a* www.glitteruse.com, *d/b/a* www.greatstylle.com, *d/b/a* www.homelikee.com, *d/b/a* www.joyomeday.com, *d/b/a* www.joytofun.com, *d/b/a* www.likelyou.com, *d/b/a* www.lookahoney.com, *d/b/a* www.lookahoney.com, *d/b/a* www.luckyfou.com, *d/b/a* www.onniy.com, *d/b/a* www.preclio.com, *d/b/a* www.realyouu.com, *d/b/a* www.shoproweb.com, *d/b/a* www.startryy.com, *d/b/a* www.superbeaut.com; and GUANGZHOU PEARLGO TECHNOLOGY CO., LIMITED *d/b/a* www.allyolike.com, *d/b/a* www.brigoit.com, *d/b/a* www.forttry.com, *d/b/a* www.furlola.com, *d/b/a* www.glitteruse.com, *d/b/a* www.greatstylle.com, *d/b/a* www.homelikee.com, *d/b/a* www.joyomeday.com, *d/b/a* www.joytofun.com, *d/b/a* www.likelyou.com, *d/b/a* www.lookahoney.com, *d/b/a* www.luckyfou.com, *d/b/a* www.onniy.com, *d/b/a* www.pearlgobuy.com, *d/b/a* www.pierrebuy.com, *d/b/a* www.preclio.com, *d/b/a* www.realyouu.com, *d/b/a* www.shoproweb.com, *d/b/a* www.startryy.com, *d/b/a* www.superbeaut.com <br><br> Defendants. | 21-cv-3084 (MKV) <br><br> UNSEALINNG ORDER |

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff initiated this case by filing a sealed complaint and an application for emergency relief on April 9, 2021. The Court permitted the case to proceed under seal based on Plaintiff's

representation that Defendants might conceal the proceeds of their alleged counterfeit products when the Court issued a Temporary Restraining Order dated April 13, 2021, which Order the Court extended on April 19, 2021.  Plaintiff has had the opportunity to serve relevant financial institutions with the Court's orders, and there is no longer any reason to proceed under seal. Accordingly, IT IS HEREBY ORDERED that the Clerk of Court unseal this case and upload all prior documents to ECF.

**SO ORDERED.**

**Date: May 3, 2021**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**