UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　　　　-against-<br><br>PEARLBUY LIMITED *d/b/a* www.allyolike.com, *d/b/a* www.brigoit.com, *d/b/a* www.forttry.com, *d/b/a* www.glitteruse.com, *d/b/a* www.homelikee.com, *d/b/a* www.joyomeday.com, *d/b/a* www.joytofun.com, *d/b/a* www.likelyou.com, *d/b/a* www.luckyfou.com, *d/b/a* www.onniy.com, *d/b/a* www.pearlgobuy.com, *d/b/a* www.pierrebuy.com, *d/b/a* www.preclio.com, *d/b/a* www.realyouu.com, *d/b/a* www.shoproweb.com, *d/b/a* www.startryy.com, *d/b/a* www.superbeaut.com; PEARLGO TECHOLOGY CO., LIMITED *d/b/a* www.allyolike.com, *d/b/a* www.brigoit.com, *d/b/a* www.forttry.com, *d/b/a* www.furlola.com, *d/b/a* www.glitteruse.com, *d/b/a* www.greatstylle.com, *d/b/a* www.homelikee.com, *d/b/a* www.joyomeday.com, *d/b/a* www.joytofun.com, *d/b/a* www.likelyou.com, *d/b/a* www.lookahoney.com, *d/b/a* www.lookahoney.com, *d/b/a* www.luckyfou.com, *d/b/a* www.onniy.com, *d/b/a* www.preclio.com, *d/b/a* www.realyouu.com, *d/b/a* www.shoproweb.com, *d/b/a* www.startryy.com, *d/b/a* www.superbeaut.com; and GUANGZHOU PEARLGO TECHNOLOGY CO., LIMITED *d/b/a* www.allyolike.com, *d/b/a* www.brigoit.com, *d/b/a* www.forttry.com, *d/b/a* www.furlola.com, *d/b/a* www.glitteruse.com, *d/b/a* www.greatstylle.com, *d/b/a* www.homelikee.com, *d/b/a* www.joyomeday.com, *d/b/a* www.joytofun.com, *d/b/a* www.likelyou.com, *d/b/a* www.lookahoney.com, *d/b/a* www.luckyfou.com, *d/b/a* www.onniy.com, *d/b/a* www.pearlgobuy.com, *d/b/a* www.pierrebuy.com, *d/b/a* www.preclio.com, *d/b/a* www.realyouu.com, *d/b/a* www.shoproweb.com, *d/b/a* www.startryy.com, *d/b/a* www.superbeaut.com<br><br>　　　　　　　　　Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: __5/12/2021__<br><br><br><br><br><br><br><br>21-cv-3084 (MKV)<br><br>　　ORDER |

MARY KAY VYSKOCIL, United States District Judge:

　　The Court just learned that, because of confusion at the Clerk's Office, the May 3, 2021 Order below was never docketed. As such, the parties—in particular, Defendants, who did not

1

appear at the May 3, 2021 hearing—did not have notice of the dates and deadlines in the Court's May 3, 2021 Order. Accordingly, IT IS HEREBY ORDERED that the TRO in this case shall remain in place until May 28, 2021. IT IS FURTHER ORDERED that all parties shall appear for a hearing on Plaintiff's proposed preliminary injunction on May 28, 2021 at 11:00 AM. The hearing will be held by telephone. To join, dial 888-278-0296 at the scheduled time and enter access code 5195844 when prompted.

IT IS FURTHER ORDERED that, by May 20, 2021, Plaintiff shall file on ECF a further submission explaining: (1) its efforts to effectuate regular service on Defendants; (2) its efforts to communicate with counsel for Defendants; and (3) whether the exercise of personal jurisdiction over Defendants comports with due process.

IT IS FURTHER ORDERED that, by May 20, 2021, Defendants shall file on ECF: (1) a notice of appearance; and (2) any submission in opposition to a preliminary injunction.

**SO ORDERED.**

Date: **May 12, 2021**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELLY TOYS HOLDINGS, LLC,

                Plaintiff,

-against-

PEARLBUY LIMITED *d/b/a* www.allyolike.com, *d/b/a* www.brigoit.com, *d/b/a* www.forttry.com, *d/b/a* www.glitteruse.com, *d/b/a* www.homelikee.com, *d/b/a* www.joyomeday.com, *d/b/a* www.joytofun.com, *d/b/a* www.likelyou.com, *d/b/a* www.luckyfou.com, *d/b/a* www.onniy.com, *d/b/a* www.pearlgobuy.com, *d/b/a* www.pierrebuy.com, *d/b/a* www.preclio.com, *d/b/a* www.realyouu.com, *d/b/a* www.shoproweb.com, *d/b/a* www.startryy.com, *d/b/a* www.superbeaut.com; PEARLGO TECHOLOGY CO., LIMITED *d/b/a* www.allyolike.com, *d/b/a* www.brigoit.com, *d/b/a* www.forttry.com, *d/b/a* www.furlola.com, *d/b/a* www.glitteruse.com, *d/b/a* www.greatstylle.com, *d/b/a* www.homelikee.com, *d/b/a* www.joyomeday.com, *d/b/a* www.joytofun.com, *d/b/a* www.likelyou.com, *d/b/a* www.lookahoney.com, *d/b/a* www.lookahoney.com, *d/b/a* www.luckyfou.com, *d/b/a* www.onniy.com, *d/b/a* www.preclio.com, *d/b/a* www.realyouu.com, *d/b/a* www.shoproweb.com, *d/b/a* www.startryy.com, *d/b/a* www.superbeaut.com; and GUANGZHOU PEARLGO TECHNOLOGY CO., LIMITED *d/b/a* www.allyolike.com, *d/b/a* www.brigoit.com, *d/b/a* www.forttry.com, *d/b/a* www.furlola.com, *d/b/a* www.glitteruse.com, *d/b/a* www.greatstylle.com, *d/b/a* www.homelikee.com, *d/b/a* www.joyomeday.com, *d/b/a* www.joytofun.com, *d/b/a* www.likelyou.com, *d/b/a* www.lookahoney.com, *d/b/a* www.luckyfou.com, *d/b/a* www.onniy.com, *d/b/a* www.pearlgobuy.com, *d/b/a* www.pierrebuy.com, *d/b/a* www.preclio.com, *d/b/a* www.realyouu.com, *d/b/a* www.shoproweb.com, *d/b/a* www.startryy.com, *d/b/a* www.superbeaut.com

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/3/2021____

21-cv-3084 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      On May 3, 2021, the Court held a hearing on Plaintiff's application for emergency relief in this case. Nobody appeared for any of the defendants. As the Court explained on the record at

1

the hearing, IT IS HEREBY ORDERED that the TRO in this case shall be extended until May 17, 2021.  IT IS FURTHER ORDERED that all parties shall appear for a hearing on Plaintiff's proposed preliminary injunction on May 17, 2021 at 1:30 PM.  The hearing will be held by telephone.  To join, dial 888-278-0296 at the scheduled time and enter access code 5195844 when prompted.

      IT IS FURTHER ORDERED that, by May 12, 2021, Plaintiff shall file on ECF a further submission explaining: (1) its efforts to effectuate regular service on Defendants; (2) its efforts to communicate with counsel for Defendants; and (3) whether the exercise of personal jurisdiction over Defendants comports with due process.

      IT IS FURTHER ORDERED that, by May 12, 2021, Defendants shall file on ECF: (1) a notice of appearance; and (2) any submission in opposition to a preliminary injunction.

**SO ORDERED.**

**Date:  May 3, 2021**                                                    **MARY KAY VYSKOCIL**
      **New York, NY**                                                   **United States District Judge**