UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC, | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: __11/12/2021__ |
| Plaintiff, | |
| -against- | 21-cv-3084 (MKV) |
| PEARLBUY LIMITED et al. | ORDER OF DISMISSAL |
| Defendants. | |

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff has filed a letter informing the Court that the parties have reached a settlement [ECF No. 32]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by December 13, 2021. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: November 12, 2021
New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**

1