Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Kelly Toys Holdings, LLC*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/7/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC,<br><br>*Plaintiff*<br><br>v.<br><br>PEARLBUY LIMITED d/b/a WWW.ALLYOLIKE.COM d/b/a WWW.BRIGOIT.COM d/b/a WWW.FORTTRY.COM d/b/a WWW.GLITTERUSE.COM d/b/a WWW.HOMELIKEE.COM d/b/a WWW.JOYOMEDAY.COM d/b/a WWW.JOYTOFUN.COM d/b/a WWW.LIKELYOU.COM d/b/a WWW.LUCKYFOU.COM d/b/a WWW.ONNIY.COM d/b/a WWW.PEARLGOBUY.COM d/b/a WWW.PIERREBUY.COM d/b/a WWW.PRECLIO.COM d/b/a WWW.REALYOUU.COM d/b/a WWW.SHOPROWEB.COM d/b/a WWW.STARTRYY.COM and WWW.SUPERBEAUT.COM; PEARLGO TECHOLOGY CO., LIMITED d/b/a WWW.ALLYOLIKE.COM d/b/a WWW.BRIGOIT.COM d/b/a WWW.FORTTRY.COM d/b/a WWW.FURLOLA.COM d/b/a WWW.GLITTERUSE.COM d/b/a WWW.GREATSTYLLE.COM d/b/a WWW.HOMELIKEE.COM d/b/a WWW.JOYOMEDAY.COM d/b/a WWW.JOYTOFUN.COM d/b/a WWW.LIKELYOU.COM d/b/a WWW.LOOKAHONEY.COM d/b/a | **CIVIL CASE NO.**<br>**21-cv-3084 (MKV)**<br><br>~~**[PROPOSED]**~~<br>**ORDER FOR**<br>**RETURN OF**<br>**SECURITY BOND** |

WWW.LOOKAHONEY.COM d/b/a WWW.LUCKYFOU.COM d/b/a WWW.ONNIY.COM d/b/a WWW.PRECLIO.COM d/b/a WWW.REALYOUU.COM d/b/a WWW.SHOPROWEB.COM d/b/a WWW.STARTRYY.COM and WWW.SUPERBEAUT.COM; and GUANGZHOU PEARLGO TECHNOLOGY CO., LIMITED, d/b/a WWW.ALLYOLIKE.COM d/b/a WWW.BRIGOIT.COM d/b/a WWW.FORTTRY.COM d/b/a WWW.FURLOLA.COM d/b/a WWW.GLITTERUSE.COM d/b/a WWW.GREATSTYLLE.COM d/b/a WWW.HOMELIKEE.COM d/b/a WWW.JOYOMEDAY.COM d/b/a WWW.JOYTOFUN.COM d/b/a WWW.LIKELYOU.COM d/b/a WWW.LOOKAHONEY.COM d/b/a WWW.LUCKYFOU.COM d/b/a WWW.ONNIY.COM d/b/a WWW.PEARLGOBUY.COM d/b/a WWW.PIERREBUY.COM d/b/a WWW.PRECLIO.COM d/b/a WWW.REALYOUU.COM d/b/a WWW.SHOPROWEB.COM d/b/a WWW.STARTRYY.COM and WWW.SUPERBEAUT.COM,

*Defendants*

The Court, having directed this action to be closed, hereby GRANTS Plaintiff's request for the return of the Five Thousand U.S. Dollar ($5,000.00) security bond in this action.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1) The Court releases the Five Thousand U.S. Dollar ($5,000.00) security bond that Plaintiff submitted in connection with this action to counsel for Plaintiff, Epstein Drangel, LLP, 6 East 45th Street, 7th Floor, New York, NY 10017.

**SO ORDERED.**

SIGNED this __7th__ day of __April__, 2026, at _____ __.m.

_Mary Kay Vyskocil_
HON. MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE